# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALICIA SWEARINGEN and DAVID SWEARINGEN, individually and on behalf of their minor child, L.S.,

Plaintiffs,

v.

NORTH THURSTON SCHOOL DISTRICT,

Defendant.

C18-5727 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to meet and confer and to file, within fourteen (14) days of the date of this Minute Order, a Joint Status Report addressing: (i) when the parties will be prepared for trial in this matter; and (ii) whether the parties consent to conduct the trial, or at least jury selection, remotely via the ZoomGov.com platform. For more information about virtual proceedings, please see the Order dated September 16, 2020, in *Dallo v. Holland America Line N.V., LLC*, W.D. Wash. Case No. C19-865 TSZ (docket no. 53), and visit https://www.wawd.uscourts.gov/attorneys/remotehearings.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1