UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICIA SWEARINGEN and DAVID SWEARINGEN, individually and on behalf of their minor child, L.S.,

Plaintiffs,

v.

NORTH THURSTON SCHOOL DISTRICT,

Defendant.

C18-5727 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel having advised the Court via email that this matter has been resolved in principle, the trial date of September 7, 2021, the Pretrial Conference set for August 26, 2021, and all related deadlines are STRICKEN. Any motion for appointment of a settlement guardian ad litem ("GAL") pursuant to Local Civil Rule 17(c) shall be filed within twenty-one (21) days of the date of this Minute Order. Such motion shall identify the proposed GAL with particularity, including his/her qualifications, experience, and customary hourly rate. If no motion for appointment of a GAL is timely file, the parties shall file a Joint Status Report within twenty-eight (28) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1