UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA SWEARINGEN and DAVID SWEARINGEN, individual and on behalf of their minor child, L.S., <br><br> Plaintiffs, <br><br> v. <br><br> NORTH THURSTON SCHOOL DISTRICT, <br><br> Defendant. | C18-5727 TSZ <br><br> ORDER |

Plaintiffs' unopposed petition, docket no. 49, for appointment of an independent guardian ad litem for plaintiff L.S., a minor, pursuant to Local Civil Rule 17(c), is GRANTED.  Christopher M. Henderson is hereby APPOINTED as Settlement Guardian Ad Litem for L.S. and shall discharge the duties and obligations set forth in Local Civil Rule 17(c) and Washington Superior Court Special Proceedings Rule ("SPR") 98.16W.  Mr. Henderson shall file, **under seal**,[1] within forty-five (45) days of the date of this Order, a written report consistent with SPR 98.16W(e).  No separate motion to seal

---

[1] As indicated by the case administrator's docket entry dated August 4, 2021, plaintiffs' petition, docket no. 49, was sealed because it contained L.S.'s full date of birth.  *See* Local Civil Rule 5.2.  In addition, the Court has sealed Exhibit A to the Declaration of Lara R. Hruska, docket no. 50-1, which is a proposed settlement agreement containing a provision requiring that its terms remain confidential.

ORDER - 1

1  pursuant to Local Civil Rule 5(g) need be filed, but Mr. Henderson shall serve a copy of
2  his report on all counsel of record via either U.S. mail or email, based on each attorney's
3  preference, and file proof of such service.  Mr. Henderson shall be compensated at his
4  customary hourly rate.
5         The Clerk is directed to send a copy of this Order to all counsel of record.
6  Plaintiffs' counsel is DIRECTED to serve a copy of this Order on Mr. Henderson and to
7  file proof of such service within seven (7) days of the date of this Order.
8         IT IS SO ORDERED.
9         Dated this 9th day of August, 2021.

                                    Thomas S. Zilly
                                    United States District Judge

ORDER - 2