UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALICIA SWEARINGEN and DAVID SWEARINGEN, on their own behalf and on behalf of their minor child, L.S., <br><br> Plaintiffs, <br><br> v. <br><br> NORTH THURSTON SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 3:18-cv-05727-TSZ <br><br><br> ORDER |

Plaintiffs' unopposed motion, docket no. 59, for approval of minor settlement, is GRANTED, and it is hereby ORDERED:

1. The proposed settlement of $905,000.00 to settle the claims of L.S., a minor, and L.S.'s parents, Alicia Swearingen and David Swearingen, is approved.

2. The parents are authorized to execute a release of L.S.'s claim or claims against defendant North Thurston School District.

3. The attorney's fees in the amount of $301,666.67, which represent one-third of the gross settlement, are reasonable and approved.

4. Corr Cronin LLP's costs in the amount of $39,999.75 are reasonable and approved.

ORDER - 1

**Cedar Law PLLC**
113 Cherry Street, PMB 96563
Seattle, WA 98154
lara@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

5. Cedar Law PLLC's costs in the amount of $14,514.50 are reasonable and approved.

6. Pursuant to the parties' agreement, the Settlement Guardian ad Litem's fees and costs in the amount of $6,936.00 shall be paid by North Thurston School District or its insurer within sixty (60) days of the entry of this Order.

7. The settlement funds shall be disbursed as follows:

| | |
|---|---:|
| Attorney's fees jointly payable to Corr Cronin LLP and Cedar Law PLLC | $301,666.67 |
| Costs to be reimbursed to Corr Cronin LLP | $ 39,999.75 |
| Costs to be reimbursed to Cedar Law PLLC | $ 14,514.50 |
| Kaiser Permanente Subrogation Lien | $300,000.00 |
| Net proceeds to be made payable to Alicia Swearingen | $ 24,881.91 |
| Net proceeds to be made payable to David Swearingen | $ 24,881.91 |
| Net proceeds to be placed into an account for L.S. with Lifetime Advocacy Plus Master Pooled Asset Trust | $199,055.26 |

8. L.S.'s account with the Master Pooled Asset Trust shall be administered by Lifetime Advocacy Plus (the "Trustee"). As a special needs trust, L.S.'s account will have no specific termination date, but the trust instrument shall contain provisions for how any remaining assets shall be distributed if L.S.'s disability ends or upon L.S.'s death.

9. The Trustee is authorized to distribute, without delay, up to $15,000 for the purchase of a vehicle for L.S.

10. Plaintiffs' counsel shall obtain a Receipt of Deposit of Funds into the trust account, shall open a trust reporting matter with the King County Superior Court, and shall file the Receipt in that matter.

ORDER - 2

Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98154
lara@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

11. One year from the date of this Order, Alicia and David Swearingen shall submit a report to the King County Superior Court, which shall include an accounting regarding the settlement funds deposited in the Master Pooled Asset Trust.  If the first report and accounting is met with approval, subsequent reports shall be required triennially (rather than annually), to reduce the administrative expense on the Trust.

12. Both the Settlement Guardian ad Litem (Christopher M. Henderson of Brothers & Henderson, P.S.) and the parents are authorized to execute any document and enter into any agreement on L.S.'s behalf that is necessary to fulfill the provisions of this Order.

13. Upon the filing of the Receipt of Deposit of Funds with the King County Superior Court, the Settlement Guardian ad Litem shall be discharged from all duties and obligations in connection with his appointment in this matter.

14. The parties having reached a settlement in principle, which has been approved by the Court pursuant to Local Civil Rule 17(c), and the parties having identified no issue remaining for the Court's determination, this case is hereby DISMISSED with prejudice, provided that, in the event the proposed settlement is not perfected, any party may move, within sixty (60) days of the date of this Order, to reopen the matter and trial will be scheduled.

15. The Clerk is directed to send copies of this Order to all counsel of record and the Settlement Guardian ad Litem, and to CLOSE this case.

**Cedar Law PLLC**
113 Cherry Street, PMB 96563
Seattle, WA 98154
lara@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

IT IS SO ORDERED.

DATED this 27th day of October, 2021.

      _____
      Thomas S. Zilly
      United States District Judge

Presented by:

CEDAR LAW, PLLC

By: _s/ Lara Hruska_
      Lara Hruska, WSBA No. 46531
      Attorney for Plaintiffs

CORR CRONIN LLP

By: _s/ Steven W. Fogg_
      Steven W. Fogg, WSBA No. 23528
      Attorneys for Plaintiffs

Approved as to Form:

Floyd Pflueger & Ringer, P.S.

By: _s/ Amanda Daylong_
      Francis S. Floyd, WSBA No. 10642
      Amanda Daylong, WSBA No. 48013
      Attorneys for North Thurston School District

ORDER - 4